# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>RYAN MICHAEL RAY (1),<br><br>                    Defendant. | Case No.: 15-CR-0441-CAB-1<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
|---|---|

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice as to Defendant (1) Ryan Michael Ray.

IT IS SO ORDERED.

DATED:   April 2,  2015

_____
HONORABLE CATHY ANN BENCIVENGO
United States District Judge